# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| LAURA BUCHANAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 5:23-cv-00036-RWS-JBB |
| | § | |
| HYUNDAI MOTOR AMERICA, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal (Docket No. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Laura Buchanan and Defendant Hyundai Motor America stipulate that all claims in the above-captioned case be dismissed with prejudice. Accordingly, it is

**ORDERED** the parties' stipulation of dismissal (Docket No. 16) is accepted by the Court and that all of Plaintiff's claims are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

So ORDERED and SIGNED this 12th day of April, 2024.

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE